# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Ari Cohen, Shanie Cohen, Cohen Special Family Trust, Lois Cohen, JSK Family Partnership, LP and Daniel Cohen,

Plaintiff(s),

v.

Tzvi Feiner and FNR Healthcare, LLC,

Defendant(s).

Case No. 18 C 7328
Judge Virginia M. Kendall

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $         ,

   which ☐ includes       pre–judgment interest.
         ☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☒ in favor of defendant(s) Tzvi Feiner and FNR Healthcare, LLC
and against plaintiff(s) Ari Cohen, Shanie Cohen, Cohen Special Family Trust, Lois Cohen, JSK Family Partnership, LP and Daniel Cohen
.

Defendant(s) shall recover costs from plaintiff(s).

---

☐ other:

---

This action was *(check one)*:

☐ tried by a jury with Judge       presiding, and the jury has rendered a verdict.
☐ tried by Judge       without a jury and the above decision was reached.
☒ decided by Judge Virginia M. Kendall on a motion to dismiss.

Date: 5/23/2019                    Thomas G. Bruton, Clerk of Court

                                   /s/Lynn Kandziora , Deputy Clerk